# U.S. Bankruptcy Court
## MIDDLE DISTRICT OF TENNESSEE (Nashville)
### Adversary Proceeding #: 3:20-ap-90002

*Assigned to:* Charles M Walker
*Lead BK Case:* 19-07235
*Lead BK Title:* CUMMINGS MANOOKIAN, PLLC
*Lead BK Chapter:* 7
*Demand:* $1350000

*Date Filed:* 01/08/20

*Nature[s] of Suit:* 13 Recovery of money/property - 548 fraudulent transfer
11 Recovery of money/property - 542 turnover of property
14 Recovery of money/property - other
91 Declaratory judgment
72 Injunctive relief - other

*Plaintiff*
-----------------------
**Jeanne Ann Burton**
95 White Bridge Road, Ste 512
Nashville, TN 37205

represented by **PHILLIP G YOUNG**
Thompson Burton PLLC
One Franklin Park
6100 Tower Circle, Suite 200
FRANKLIN, TN 37067
615-465-6008
Fax : 931-381-0058
Email: phillip@thompsonburton.com

V.

*Defendant*
-----------------------
**Hagh Law PLLC**
c/o Afsoon Hagh, Managing Member
45 Music Square W
Nashville, TN 37203

represented by **CRAIG VERNON GABBERT, JR**
BASS, BERRY & SIMS PLC
150 THIRD AVENUE SOUTH
SUITE 2800
NASHVILLE, TN 37201
615-742-6277
Fax : 615-742-0465
Email: cgabbert@bassberry.com

**GLENN BENTON ROSE**
BASS, BERRY & SIMS PLC
150 THIRD AVENUE SOUTH
SUITE 2800
NASHVILLE, TN 37201
615-742-6273
Fax : 615-742-0464
Email: grose@bassberry.com

|  | JOHN T. SPRAGENS |
|---|---|
|  | SPRAGENS LAW PLC |
|  | 311 22ND AVE N |
|  | NASHVILLE, TN 37203 |
|  | 615-983-8900 |
|  | Fax : 615-682-8533 |
|  | Email: JOHN@SPRAGENSLAW.COM |

*Defendant*
-----------------------
**Afsoon Hagh**
45 Music Square W
Nashville, TN 37203

represented by **CRAIG VERNON GABBERT, JR**
(See above for address)

**GLENN BENTON ROSE**
(See above for address)

**JOHN T. SPRAGENS**
(See above for address)


*Defendant*
-----------------------
**Manookian PLLC**
c/o Brian Manookian, Managing Member
45 Music Square W
Nashville, TN 37203

represented by **JOHN T. SPRAGENS**
(See above for address)


*Defendant*
-----------------------
**First-Citizens Bank and Trust Company**
ATTN Frank B. Holding, Jr., CEO
4300 Six Forks Road
#FCC22
Raleigh, NC 27609
*TERMINATED: 01/29/2020*

represented by **First-Citizens Bank and Trust Company**
PRO SE


| Filing Date | # | Docket Text |
|---|---|---|
| 01/08/2020 | 1<br>(20 pgs; 2 docs) | Adversary case 3:20-ap-90002. Complaint by Jeanne Ann Burton against Hagh Law PLLC, Afsoon Hagh, Manookian PLLC, First-Citizens Bank and Trust Company. Fee Amount is $350.00. Filed By Trustee, Fees will be deferred. Jeanne Ann Burton. (Attachments: # 1 Appendix AP Cover Sheet) Nature of Suit: (13 (Recovery of money/property - 548 fraudulent transfer), 11 (Recovery of money/property - 542 turnover of property)) (YOUNG, PHILLIP) (Entered: 01/08/2020) |
| 01/08/2020 | 2<br>(166 pgs; 15 docs) | *Expedited* Motion for *Turnover*. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I # 10 Exhibit J # 11 Exhibit K # 12 Exhibit L # 13 Exhibit M # 14 Exhibit N)Certificate of Service mailed |

| | | |
|---|---|---|
| | | on 1/8/20. Filed on the behalf of: Plaintiff Jeanne Ann Burton. (YOUNG, PHILLIP) (Entered: 01/08/2020) |
| 01/08/2020 | [3](#) (3 pgs) | Expedited Submitted Order *Scheduling Hearing on Motion for Turnover* Filed on the behalf of: Plaintiff Jeanne Ann Burton (RE: related document(s)[2](#)). (YOUNG, PHILLIP) (Entered: 01/08/2020) |
| 01/09/2020 | [4](#) (3 pgs) | Order Setting Expedited Hearing *on Plaintiff's Motion for Turnover of Funds. The Deadline to Object to the Relief Shall be 1/14/2020 at 4:00pm* (RE: Related Doc#: [2](#)). Hearing scheduled 1/15/2020 at 01:30 PM at Courtroom 2, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203. Signed on 1/9/2020. (anm) (Entered: 01/09/2020) |
| 01/11/2020 | [5](#) (4 pgs) | BNC Certificate of Notice. (RE: related document(s)[4](#) Order Setting Expedited Hearing) Notice Date 01/11/2020. (Admin.) (Entered: 01/11/2020) |
| 01/13/2020 | [6](#) (3 pgs) | Exhibit and Witness List Filed on the behalf of: Plaintiff Jeanne Ann Burton (RE: related document(s)[2](#)). (YOUNG, PHILLIP) (Entered: 01/13/2020) |
| 01/14/2020 | [7](#) (15 pgs; 2 docs) | Objection to *Plaintiff's Expedited Motion for Turnover of Funds*. (Attachments: # [1](#) Exhibit Declaration of Brian Manookian) Filed on the behalf of: Defendants Afsoon Hagh, Hagh Law PLLC (RE: related document(s)[2](#)). (SPRAGENS, JOHN) (Entered: 01/14/2020) |
| 01/14/2020 | [8](#) (3 pgs) | Notice *of Filing Amended Certificate of Service and Counsel Signature Block* Filed on the behalf of: Defendants Afsoon Hagh, Hagh Law PLLC (RE: related document(s)[7](#)). (SPRAGENS, JOHN) (Entered: 01/14/2020) |
| 01/14/2020 | [9](#) (2 pgs) | Notice of Appearance and Request for Service pursuant to Rule 2002 Filed on the behalf of: Defendants Afsoon Hagh, Hagh Law PLLC. (SPRAGENS, JOHN) (Entered: 01/14/2020) |
| 01/14/2020 | [10](#) (9 pgs) | *Plaintiff's* Reply to *Objection of Hagh Law PLLC and Afsoon Hagh*. Filed on the behalf of: Plaintiff Jeanne Ann Burton (RE: related document(s)[2](#), [7](#)). (YOUNG, PHILLIP) (Entered: 01/14/2020) |
| 01/14/2020 | ● | Email Judge Charles M. Walker of Late Filed Matter. Filed on the behalf of: Plaintiff Jeanne Ann Burton (RE: related document(s)[10](#)). (YOUNG, PHILLIP) (Entered: 01/14/2020) |
| 01/15/2020 | [11](#) (5 pgs; 2 docs) | Motion for *Order Striking Plaintiff's Reply Brief*. (Attachments: # [1](#) Proposed Order)Certificate of Service mailed on 1/15/2020. Filed on the behalf of: Defendants Afsoon Hagh, Hagh Law PLLC. (SPRAGENS, JOHN) (Entered: 01/15/2020) |
| 01/15/2020 | [12](#) (5 pgs) | Summons Issued to Plaintiff for Service on First-Citizens Bank and Trust Company of ATTN Frank B. Holding, Jr., CEO ; Afsoon Hagh ; Hagh Law PLLC of c/o Afsoon Hagh, Managing Member ; Manookian PLLC of c/o Brian Manookian, Managing Member **Pretrial Conference is scheduled for 3/10/2020 at 09:15 AM in Courtroom 2, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203. Case judge is Charles M Walker.** (RE: related documents [1](#) Complaint). (lel) (Entered: 01/15/2020) |

| | | |
|---|---|---|
| 01/16/2020 | [13](#) (1 pg) | Witness and Exhibit List from trial or Hearing *from Hearing Held 1/15/20* (RE: related document(s)[4](#) Order Setting Expedited Hearing) (lel) (Entered: 01/16/2020) |
| 01/16/2020 | [14](#) (3 pgs) | Expedited Submitted Order *On Plaintiff's Motion for Turnover of Funds* Filed on the behalf of: Plaintiff Jeanne Ann Burton (RE: related document(s)[2](#)). (YOUNG, PHILLIP) (Entered: 01/16/2020) |
| 01/16/2020 | [15](#) (3 pgs) | *Order on Plaintiff's Expedited Motion for Turnover of Funds and* Order Scheduling Hearing *(Final Hearing) on This Matter (the original submitted order has been modified by the Court)* (RE: Related Doc#: [2](#), [7](#), [10](#), [11](#)). Hearing scheduled 2/5/2020 at 01:00 PM at Courtroom 2, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203. Signed on 1/16/2020. (sdt) Modified on per chambers request 1/16/2020 (tca). (Entered: 01/16/2020) |
| 01/18/2020 | [16](#) (4 pgs) | BNC Certificate of Notice. (RE: related document(s)[15](#) Order Scheduling Hearing) Notice Date 01/18/2020. (Admin.) (Entered: 01/18/2020) |
| 01/21/2020 | 17 | Receipt of Registry Funds - $715000.00 by PM. Receipt Number 623768. (admin) (Entered: 01/21/2020) |
| 01/22/2020 | [18](#) (1 pg) | Request for Transcript. Fee Amount is $31.00. *Request for Transcript of January 15, 2020 Hearing* Filed on the behalf of: Defendants Afsoon Hagh, Hagh Law PLLC. (SPRAGENS, JOHN) (Entered: 01/22/2020) |
| 01/22/2020 | 19 | Receipt of Request for Transcript(3:20-ap-90002) [misc,tsreq] ( 31.00). Receipt number 16096778. Fee amount $ 31.00. (re:Doc# [18](#)) (U.S. Treasury) (Entered: 01/22/2020) |
| 01/25/2020 | [21](#) (3 pgs) | Certificate of Service mailed on 1/17/20 *Return on Summons Hagh Law* Filed on the behalf of: Plaintiff Jeanne Ann Burton. (YOUNG, PHILLIP) (Entered: 01/25/2020) |
| 01/25/2020 | [22](#) (3 pgs) | Certificate of Service mailed on 1/17/20 *Return on Summons Afsoon Hagh* Filed on the behalf of: Plaintiff Jeanne Ann Burton. (YOUNG, PHILLIP) (Entered: 01/25/2020) |
| 01/25/2020 | [23](#) (3 pgs) | Certificate of Service mailed on 1/17/20 *Return on Summons Manookian PLLC* Filed on the behalf of: Plaintiff Jeanne Ann Burton. (YOUNG, PHILLIP) (Entered: 01/25/2020) |
| 01/25/2020 | [24](#) (3 pgs) | Certificate of Service mailed on 1/17/20 *Return on Summons First-Citizens* Filed on the behalf of: Plaintiff Jeanne Ann Burton. (YOUNG, PHILLIP) (Entered: 01/25/2020) |
| 01/28/2020 | [25](#) (1 pg) | Notice of Voluntary Dismissal of Party in Adversary Proceeding. *(First-Citizens Bank & Trust Company)* Filed on the behalf of: Plaintiff Jeanne Ann Burton (RE: related document(s)[1](#)). (YOUNG, PHILLIP) (Entered: 01/28/2020) |
| 01/30/2020 | 26 | ORDER by Judge *Walker* : With regard to docket entry # [11](#), *The motion located at Dkt. #11 is Denied pursuant to the Court's ruling located at Dkt. #15.* (RE: related document(s) [11](#)) (lel) (Entered: 01/30/2020) |

| 01/31/2020 | 27 (1 pg) | Certificate of Mailing for Order (RE: related document(s) 26 Docket Order) (Intake1) (Entered: 01/31/2020) |
|---|---|---|
| 01/31/2020 | 28 (2 pgs) | Notice of Appearance and Request for Service pursuant to Rule 2002 Filed on the behalf of: Defendants Afsoon Hagh, Hagh Law PLLC. (GABBERT, CRAIG) (Entered: 01/31/2020) |
| 02/03/2020 | 29 (3 pgs) | *Plaintiff's* Exhibit and Witness List *for February 5, 2020 Hearing* Filed on the behalf of: Plaintiff Jeanne Ann Burton. (YOUNG, PHILLIP) (Entered: 02/03/2020) |
| 02/04/2020 | 30 (2 pgs) | Notice of Appearance and Request for Service pursuant to Rule 2002 Filed on the behalf of: Defendants Afsoon Hagh, Hagh Law PLLC. (ROSE, GLENN) (Entered: 02/04/2020) |
| 02/06/2020 | 31 (2 pgs) | Submitted Order *on Plaintiff's Expedited Motion for Turnover of Funds* Filed on the behalf of: Plaintiff Jeanne Ann Burton (RE: related document(s)2). (YOUNG, PHILLIP) (Entered: 02/06/2020) |
| 02/13/2020 | 32 (2 pgs) | Order Resolving Turnover of Property. Re: *Plaintiff's Expedited Motion for Turnover of Funds*. (RE: Related Doc#: 2, 7, 10, 11, 15). Signed on 2/13/2020. (anm) (Entered: 02/13/2020) |
| 02/15/2020 | 33 (3 pgs) | BNC Certificate of Notice. (RE: related document(s)32 Order on Turnover of Property - BK Order (SA)) Notice Date 02/15/2020. (Admin.) (Entered: 02/15/2020) |
| 02/24/2020 | 34 (7 pgs) | Motion Requesting Entry of Default from Clerk in Adversary Proceeding. Certificate of Service mailed on 2/24/20. Filed on the behalf of: Plaintiff Jeanne Ann Burton. (YOUNG, PHILLIP) (Entered: 02/24/2020) |
| 02/24/2020 | 35 (1 pg) | Submitted Entry of Default for entry by the Clerk Filed on the behalf of: Plaintiff Jeanne Ann Burton (RE: related document(s)34). (YOUNG, PHILLIP) (Entered: 02/24/2020) |
| 02/24/2020 | 36 (1 pg) | ENTRY of Default by U.S. Bankruptcy Court Clerk *Against HAGH LAW PLLC, AFSOON HAGH, MANOOKIAN PLLC* (RE: related documents 34 Motion Requesting Entry of Default from Clerk - AP Motion). (Intake4) (Entered: 02/24/2020) |
| 03/02/2020 | 37 (2 pgs) | Motion to Continue Pretrial Conference Filed on the behalf of: Plaintiff Jeanne Ann Burton. (YOUNG, PHILLIP) (Entered: 03/02/2020) |
| 03/02/2020 | 38 (2 pgs) | Submitted Order *Granting Motion to Continue Pretrial Conference* Filed on the behalf of: Plaintiff Jeanne Ann Burton (RE: related document(s)37). (YOUNG, PHILLIP) (Entered: 03/02/2020) |
| 03/04/2020 | 39 (2 pgs) | Order Granting *Plaintiff's* Motion to Continue Pre-Trial Conference (RE: Ref Doc #37), BY THE COURT: Judge Charles M. Walker **Pretrial Conference is scheduled for 3/24/2020 at 09:15 AM in Courtroom 2, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203. Case judge is Charles M Walker.** (anm) (Entered: 03/04/2020) |

| Date | Doc # | Description |
|---|---|---|
| 03/04/2020 | [40](1 pg) | Certificate of Mailing for Order (RE: related document(s)[39] Order to Continue Pre-Trial Conference) (Intake4) (Entered: 03/04/2020) |
| 03/06/2020 | [41](3 pgs) | BNC Certificate of Notice. (RE: related document(s)[39] Order to Continue Pre-Trial Conference) Notice Date 03/06/2020. (Admin.) (Entered: 03/06/2020) |
| 03/16/2020 | [42](10 pgs) | Answer to Complaint Filed on the behalf of: Defendants Afsoon Hagh, Hagh Law PLLC. (GABBERT, CRAIG) (Entered: 03/16/2020) |
| 03/16/2020 | [43](10 pgs) | Answer to Complaint Filed on the behalf of: Defendant Manookian PLLC. (SPRAGENS, JOHN) (Entered: 03/16/2020) |
| 03/17/2020 | [44](2 pgs) | Notice *of Withdrawal of Entry of Default* Filed on the behalf of: Plaintiff Jeanne Ann Burton (RE: related document(s)[36]). (YOUNG, PHILLIP) (Entered: 03/17/2020) |
| 03/18/2020 | [45](2 pgs) | Motion to Continue Pretrial Conference Filed on the behalf of: Plaintiff Jeanne Ann Burton. (YOUNG, PHILLIP) (Entered: 03/18/2020) |
| 03/18/2020 | [46](2 pgs) | Submitted Order *Granting Motion to Continue Pretrial Conference* Filed on the behalf of: Plaintiff Jeanne Ann Burton (RE: related document(s)[45]). (YOUNG, PHILLIP) (Entered: 03/18/2020) |
| 03/20/2020 | [47](2 pgs) | Order Granting *Plaintiff's* Motion to Continue Pre-Trial Conference (RE: Ref Doc #[45]), BY THE COURT: Judge Charles M. Walker **Pretrial Conference is scheduled for 4/21/2020 at 01:00 PM in Courtroom 2, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203. Case judge is Charles M Walker.** (anm) (Entered: 03/20/2020) |
| 03/22/2020 | [48](3 pgs) | BNC Certificate of Notice. (RE: related document(s)[47] Order to Continue Pre-Trial Conference) Notice Date 03/22/2020. (Admin.) (Entered: 03/22/2020) |
| 04/14/2020 | [49](2 pgs) | *Third* Motion to Continue Pretrial Conference Filed on the behalf of: Plaintiff Jeanne Ann Burton. (YOUNG, PHILLIP) (Entered: 04/14/2020) |
| 04/14/2020 | [50](2 pgs) | Submitted Order *Granting Motion to Continue Pretrial Conference* Filed on the behalf of: Plaintiff Jeanne Ann Burton (RE: related document(s)[49]). (YOUNG, PHILLIP) (Entered: 04/14/2020) |
| 04/15/2020 | [51](2 pgs) | Order Granting *Plaintiff's* Motion to Continue Pre-Trial Conference . *Hearing will take place telephonically (Phone number 888-363-4749 Access Code 7250422) pursuant to Judge Walker's CH7 & 11 Tuesday Docket Procedures after March 25, 2020 located on the Court's website at: http://www.tnmb.uscourts.gov/coronavirus-disease-covid-19-information-relating-court-operations-intake-department-closed-public* (RE: Ref Doc #[49]), BY THE COURT: Judge Charles M. Walker **Pretrial Conference is scheduled for 5/19/2020 at 10:15 AM in Courtroom 2, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203. Case judge is Charles M Walker.** (anm) (Entered: 04/15/2020) |
| 04/17/2020 | [52] | BNC Certificate of Notice. (RE: related document(s)[51] Order to |

| | | |
|---|---|---|
| | (3 pgs) | Continue Pre-Trial Conference) Notice Date 04/17/2020. (Admin.) (Entered: 04/17/2020) |
| 05/15/2020 | 53 (2 pgs) | *Fourth* Motion to Continue Pretrial Conference Filed on the behalf of: Plaintiff Jeanne Ann Burton. (YOUNG, PHILLIP) (Entered: 05/15/2020) |
| 05/15/2020 | 54 (2 pgs) | Submitted Order *Granting Motion to Continue Pretrial Conference* Filed on the behalf of: Plaintiff Jeanne Ann Burton (RE: related document(s)53). (YOUNG, PHILLIP) (Entered: 05/15/2020) |
| 05/18/2020 | 55 (2 pgs) | Order Granting *Plaintiff's* Motion to Continue Pre-Trial Conference (RE: Ref Doc #53), BY THE COURT: Judge Charles M. Walker **Pretrial Conference is scheduled for 6/30/2020 at 10:15 AM in Courtroom 2, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203. Case judge is Charles M Walker.** (anm) (Entered: 05/18/2020) |
| 05/20/2020 | 56 (3 pgs) | BNC Certificate of Notice. (RE: related document(s)55 Order to Continue Pre-Trial Conference) Notice Date 05/20/2020. (Admin.) (Entered: 05/20/2020) |
| 06/29/2020 | 57 (2 pgs) | Motion to Continue Pretrial Conference Filed on the behalf of: Plaintiff Jeanne Ann Burton. (YOUNG, PHILLIP) (Entered: 06/29/2020) |
| 06/29/2020 | 58 (2 pgs) | Expedited Submitted Order *Granting Motion to Continue Pretrial Conference* Filed on the behalf of: Plaintiff Jeanne Ann Burton (RE: related document(s)57). (YOUNG, PHILLIP) (Entered: 06/29/2020) |
| 06/29/2020 | 59 (2 pgs) | Order Granting *Plaintiff's* Motion to Continue Pre-Trial Conference . *Hearing Shall be Held Via AT&T Telephonic Hearing (Phone Number: 888-363-4749, Access Code 7250422#)* (RE: Ref Doc #57), BY THE COURT: Judge Charles M. Walker **Pretrial Conference is scheduled for 8/18/2020 at 10:15 AM in Courtroom 2, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203. Case judge is Charles M Walker.** (anm) (Entered: 06/29/2020) |
| 07/01/2020 | 60 (3 pgs) | BNC Certificate of Notice. (RE: related document(s)59 Order to Continue Pre-Trial Conference) Notice Date 07/01/2020. (Admin.) (Entered: 07/01/2020) |
| 08/17/2020 | 61 (19 pgs) | *Joint* Pretrial Statement Filed on the behalf of: Plaintiff Jeanne Ann Burton. (YOUNG, PHILLIP) (Entered: 08/17/2020) |
| 08/17/2020 | | Email Judge Charles M. Walker of Late Filed Matter. Filed on the behalf of: Plaintiff Jeanne Ann Burton (RE: related document(s)61). (YOUNG, PHILLIP) (Entered: 08/17/2020) |
| 08/18/2020 | 62 (2 pgs) | Submitted Order *Continuing Pretrial Conference* Filed on the behalf of: Plaintiff Jeanne Ann Burton. (YOUNG, PHILLIP) (Entered: 08/18/2020) |
| 08/19/2020 | 63 (2 pgs) | Order To Continue Pretrial Conference - (RE: Related Doc#: 59). **Pretrial Conference is scheduled for 1/12/2021 at 10:15 AM in Courtroom 2, 2nd Floor Customs House, 701 Broadway, Nashville,** |

| Date | Doc | Description |
|---|---|---|
| | | TN 37203. **Case judge is Charles M Walker.** Signed on 8/19/2020. (anm) (Entered: 08/19/2020) |
| 08/20/2020 | 64 (1 pg) | Clerk's Remark - The related document has the following defect(s): - The Notice located at Dkt. #44 is not an effective mechanism to extinguish the Default entered by the Clerk of Court. Such action can only be effectuated by motion practice.. (RE: related document(s)44 Notice *of Withdrawal of Entry of Default* Filed on the behalf of: Plaintiff Jeanne Ann Burton (RE: related document(s)36).) (lel) (Entered: 08/20/2020) |
| 08/21/2020 | 65 (3 pgs) | BNC Certificate of Notice. (RE: related document(s)63 Order to Continue Pretrial Conference) Notice Date 08/21/2020. (Admin.) (Entered: 08/21/2020) |
| 01/12/2021 | 66 | Order Continuing Hearing Re: (related document(s): 59 Order to Continue Pre-Trial Conference, 63 Order to Continue Pretrial Conference) **Hearing has been rescheduled for 04/13/2021 at 10:15 AM Telephonically. The call-in number is 1-888-363-4749; Access Code is 7250422# for Judge Walker.** (lel) (Entered: 01/12/2021) |
| 02/24/2021 | 67 | Order Continuing Hearing Re: (related document(s): 59 Order to Continue Pre-Trial Conference, 63 Order to Continue Pretrial Conference) **Hearing has been rescheduled for 04/16/2021 at 11:00 AM Telephonically. The call-in number is 1-888-363-4749; Access Code is 7250422# for Judge Walker.** (lel) (Entered: 02/24/2021) |
| 03/03/2021 | 68 (20 pgs; 2 docs) | Motion for *Stay of All Discovery*. (Attachments: # 1 Exhibit A)Certificate of Service mailed on 3/3/21. Filed on the behalf of: Plaintiff Jeanne Ann Burton. (YOUNG, PHILLIP) (Entered: 03/03/2021) |
| 03/05/2021 | 69 (1 pg) | Notice of Hearing on Motion - AP Motion. *Motion for Stay of All Discovery.* **RESPONSE DUE BY 3/28/2021 Hearing scheduled 4/7/2021 at 11:00 AM Telephonically. The call-in number is 1-888-363-4749; Access Code is 7250422# for Judge Walker.** (RE: related documents 68 Motion - AP Motion). (lel) (Entered: 03/05/2021) |
| 03/07/2021 | 70 (3 pgs) | BNC Certificate of Notice. (RE: related document(s)69 Notice of Hearing) Notice Date 03/07/2021. (Admin.) (Entered: 03/07/2021) |
| 03/28/2021 | 71 (5 pgs) | *Adversary Proceeding Defendants'* Response to *Trustee's Motion to Stay*. Filed on the behalf of: Defendants Afsoon Hagh, Hagh Law PLLC, Manookian PLLC (RE: related document(s)68). (SPRAGENS, JOHN) (Entered: 03/28/2021) |
| 04/07/2021 | 72 (3 pgs) | Submitted Order *Granting Motion to Stay Discovery and Continuing Pretrial Conference* Filed on the behalf of: Plaintiff Jeanne Ann Burton (RE: related document(s)68). (YOUNG, PHILLIP) (Entered: 04/07/2021) |
| 04/08/2021 | 73 (3 pgs) | *Order Granting Plaintiff's Motion to Stay Discovery and* Order Scheduling Hearing *to Consider Whether to Further Stay All Discovery in this Matter and Continuing Pretrial Conference.* (RE: Related Doc#: 68, 71). **Hearing scheduled 5/26/2021 at 11:00 AM Telephonically. The call-in number is 1-888-363-4749; Access Code is 7250422# for Judge Walker.** Signed on 4/8/2021. (anm) (Entered: 04/08/2021) |

| | | |
|---|---|---|
| 04/08/2021 | 74 (1 pg) | Pretrial Conference Set - (Order Scheduling Hearing) **Pretrial Conference is scheduled for 5/26/2021 at 11:00 AM Telephonically. The call-in number is 1-888-363-4749; Access Code is 7250422# for Judge Walker.** Case judge is Charles M Walker. (RE: related document(s)73 Order Scheduling Hearing) (anm) (Entered: 04/08/2021) |
| 04/10/2021 | 75 (5 pgs) | BNC Certificate of Notice. (RE: related document(s)73 Order Scheduling Hearing) Notice Date 04/10/2021. (Admin.) (Entered: 04/10/2021) |
| 04/10/2021 | 76 (3 pgs) | BNC Certificate of Notice. (RE: related document(s)74 Pretrial Conference Set (Bk Motion)) Notice Date 04/10/2021. (Admin.) (Entered: 04/10/2021) |
| 05/26/2021 | 77 | Order Continuing Hearing Re: (related document(s): 73 Order Scheduling Hearing) **Hearing has been rescheduled for 07/21/2021 at 11:00 AM Telephonically. The call-in number is 1-888-363-4749; Access Code is 7250422# for Judge Walker.** (lel) (Entered: 05/26/2021) |
| 05/26/2021 | 78 | Order Continuing Hearing Re: (related document(s): 74 Pretrial Conference Set (Bk Motion)) **Hearing has been rescheduled for 07/21/2021 at 11:00 AM Telephonically. The call-in number is 1-888-363-4749; Access Code is 7250422# for Judge Walker.** (lel) (Entered: 05/26/2021) |
| 05/26/2021 | 79 (2 pgs) | Submitted Order *Further Staying Discovery and Continuing Pretrial Conference* Filed on the behalf of: Plaintiff Jeanne Ann Burton. (YOUNG, PHILLIP) (Entered: 05/26/2021) |
| 05/27/2021 | 80 (2 pgs) | Order *Further Staying Discovery and Continuing Pretrial Conference.* (RE: Related Doc#: 78 ). Signed on 5/27/2021. (ko) (Entered: 05/27/2021) |
| 07/20/2021 | 81 (2 pgs) | *Emergency* Motion to Continue Pretrial Conference Filed on the behalf of: Plaintiff Jeanne Ann Burton. (YOUNG, PHILLIP) (Entered: 07/20/2021) |
| 07/20/2021 | 82 (2 pgs) | Expedited Submitted Agreed Order *Continuing Pretrial Conference* Filed on the behalf of: Plaintiff Jeanne Ann Burton (RE: related document(s)81). (YOUNG, PHILLIP) (Entered: 07/20/2021) |
| 07/20/2021 | | Email Judge Charles M. Walker of Late Filed Matter. Filed on the behalf of: Plaintiff Jeanne Ann Burton (RE: related document(s)81, 82). (YOUNG, PHILLIP) (Entered: 07/20/2021) |
| 07/20/2021 | 83 (2 pgs) | *Agreed* Order Granting *Trustee/Plaintiff's Emergency* Motion to Continue Pre-Trial Conference (RE: Ref Doc #81) ( Related Doc #74), BY THE COURT: Judge Charles M. Walker. **Pretrial Conference is scheduled for 8/11/2021 at 11:00 AM Telephonically. The call-in number is 1-888-363-4749; Access Code is 7250422# for Judge Walker.** Case judge is Charles M Walker. (kmw) (Entered: 07/20/2021) |
| 08/05/2021 | 84 (2 pgs) | Motion to Continue Pretrial Conference Filed on the behalf of: Plaintiff Jeanne Ann Burton. (YOUNG, PHILLIP) (Entered: 08/05/2021) |

| | | |
|---|---|---|
| 08/05/2021 | 85 (2 pgs) | Submitted Agreed Order *Continuing Pretrial Conference* Filed on the behalf of: Plaintiff Jeanne Ann Burton (RE: related document(s)84). (YOUNG, PHILLIP) (Entered: 08/05/2021) |
| 08/09/2021 | 86 (2 pgs) | *Agreed* Order Granting *Trustee/Plaintiff's* Motion to Continue Pre-Trial Conference (RE: Ref Doc #84), BY THE COURT: Judge Charles M. Walker. **Pretrial Conference is scheduled for 9/17/2021 at 11:00 AM; via Zoom video for Nashville; For details please see www.tnmb.uscourts.gov.** Case judge is Charles M Walker. (anm) (Entered: 08/09/2021) |
| 08/11/2021 | 87 (4 pgs) | BNC Certificate of Notice. (RE: related document(s)86 Order to Continue Pre-Trial Conference) Notice Date 08/11/2021. (Admin.) (Entered: 08/11/2021) |
| 09/17/2021 | 88 | Order Continuing Hearing Re: (related document(s): 86 Order to Continue Pre-Trial Conference) **Hearing has been rescheduled for 09/29/2021 at 01:00 PM; via Zoom video for Nashville; For details please see www.tnmb.uscourts.gov** (lel) (Entered: 09/17/2021) |
| 10/14/2021 | 89 (9 pgs; 3 docs) | Motion for *Scheduling Pretrial Conference or to Enter Pretrial Order*. (Attachments: # 1 Exhibit A # 2 Exhibit B)Filed on the behalf of: Plaintiff Jeanne Ann Burton. (YOUNG, PHILLIP) (Entered: 10/14/2021) |
| 10/18/2021 | 90 (1 pg) | Order Setting Expedited Hearing *on Plaintiff's Motion to Set Hearing on Pretrial Conference* (RE: Related Doc#: 89). **Hearing scheduled 10/20/2021 at 11:00 AM; via Zoom video for Nashville; For details please see www.tnmb.uscourts.gov.** *The Videoconference URL is https://www.zoomgov.com/j/16086357633. The Meeting ID is 160 8635 7633. The Audioconference Telephone Number U.S. Toll-Free: 833-568-8864.* Signed on 10/18/2021. (rww) (Entered: 10/18/2021) |
| 10/19/2021 | 91 (6 pgs) | Response to *Trustee's Motion for Scheduling Conference or to Enter Pretrial Order*. Filed on the behalf of: Defendant Manookian PLLC (RE: related document(s)89). (SPRAGENS, JOHN) (Entered: 10/19/2021) |
| 10/19/2021 | | Email Judge Charles M. Walker of Late Filed Matter. *Response to Trustee's Motion for Scheduling Pretrial Conference or to Enter Pretrial Order* Filed on the behalf of: Defendant Manookian PLLC (RE: related document(s)91). (SPRAGENS, JOHN) (Entered: 10/19/2021) |
| 10/20/2021 | 92 (3 pgs) | Submitted Order *Pretrial Order* Filed on the behalf of: Plaintiff Jeanne Ann Burton. (YOUNG, PHILLIP) (Entered: 10/20/2021) |
| 10/29/2021 | 93 (3 pgs) | *Pretrial Order and* Order Setting Pretrial Conference - *Dispositive Motions Shall be Filed by 6/24/2022. Responses to Dispositive Motions Shall be Filed by 7/8/2022. Reply Briefs Addressing Only New Matters Set Forth in Response Briefs Shall be Filed by 7/15/2022.* (RE: Related Doc#: 89, 91). **Pretrial Conference is scheduled for 2/2/2022 at 11:00 AM; via Zoom video for Nashville; For details please see www.tnmb.uscourts.gov.** *Judge Walker's Zoom Link is https://www.zoomgov.com/j/16086357633 and Meeting ID is 160 8635 7633.* (anm) (Entered: 10/29/2021) |
| 10/31/2021 | 94 | BNC Certificate of Notice. (RE: related document(s)93 Order Setting |

| | | |
|---|---|---|
| | (5 pgs) | Pretrial Conference) Notice Date 10/31/2021. (Admin.) (Entered: 10/31/2021) |
| 12/21/2021 | 95 (66 pgs; 5 docs) | Motion and Notice to Compel *Discovery Responses from Manookian, PLLC* (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4)Certificate of Service mailed on 12/20/21. Filed on the behalf of: Plaintiff Jeanne Ann Burton. (YOUNG, PHILLIP) (Entered: 12/21/2021) |
| 12/21/2021 | 96 (77 pgs; 5 docs) | Motion and Notice to Compel *Discovery Responses from Hagh Law, PLLC* (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4)Certificate of Service mailed on 12/20/21. Filed on the behalf of: Plaintiff Jeanne Ann Burton. (YOUNG, PHILLIP) (Entered: 12/21/2021) |
| 12/21/2021 | 97 (57 pgs; 4 docs) | Motion and Notice to Compel *Discovery Responses from Afsoon Hagh* (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3)Certificate of Service mailed on 12/20/21. Filed on the behalf of: Plaintiff Jeanne Ann Burton. (YOUNG, PHILLIP) (Entered: 12/21/2021) |
| 12/22/2021 | 98 (1 pg) | Notice of Hearing on Motion and Notice to Compel - AP Motion, Motion and Notice to Compel - AP Motion, Motion and Notice to Compel - AP Motion. **Hearing scheduled 1/5/2022 at 11:00 AM; via Zoom video for Nashville; For details please see www.tnmb.uscourts.gov.** (RE: related document(s)95, 96, 97) (lel) (Entered: 12/22/2021) |
| 12/23/2021 | 99 (2 pgs) | *Joint* Motion to Continue Hearing On *Motions to Compel* Filed on the behalf of: Defendants Afsoon Hagh, Hagh Law PLLC. (GABBERT, CRAIG) (Entered: 12/23/2021) |
| 12/23/2021 | 100 (2 pgs) | Submitted Agreed Order *to Continue Hearing on Motions to Compel* Filed on the behalf of: Defendants Afsoon Hagh, Hagh Law PLLC (RE: related document(s)98, 99). (GABBERT, CRAIG) (Entered: 12/23/2021) |
| 12/24/2021 | 101 (3 pgs) | BNC Certificate of Notice. (RE: related document(s)98 Notice of Hearing) Notice Date 12/24/2021. (Admin.) (Entered: 12/24/2021) |
| 12/29/2021 | 102 (2 pgs) | Order *Granting* Continuance of Hearing *On Motion to Compel. Response Deadline to the Motion to Compel is January 26, 2022.* (RE: Related Doc#: 95, 96, 97, 99). **Hearing has been rescheduled for 2/2/2022 at 11:00 AM; via Zoom video for Nashville; For details please see www.tnmb.uscourts.gov.** Signed on 12/29/2021. (mlh) Modified on 12/30/2021 to correct scrivener error (tca). (Entered: 12/29/2021) |
| 12/31/2021 | 103 (4 pgs) | BNC Certificate of Notice. (RE: related document(s)102 Order to Continue Hearing) Notice Date 12/31/2021. (Admin.) (Entered: 12/31/2021) |
| 01/19/2022 | 104 (48 pgs; 3 docs) | *Manookian PLLC's* Motion and Notice to Compel *Plaintiff Trustee Jeanne Burton to Respond to Interrogatories* (Attachments: # 1 Exhibit Defendant Manookian PLLC's Interrogatories and Responses # 2 Exhibit Meet and Confer Letter)Filed on the behalf of: Defendant Manookian PLLC. (SPRAGENS, JOHN) (Entered: 01/19/2022) |

| 01/20/2022 | 105 (1 pg) | Notice of Hearing on Motion and Notice to Compel - AP Motion. *Manookian PLLC's Motion and Notice to Compel Plaintiff Trustee Jeanne Burton to Respond to Interrogatories* **Hearing scheduled 2/16/2022 at 11:00 AM; via Zoom video for Nashville; For details please see www.tnmb.uscourts.gov.** (RE: related document(s)104) (lel) (Entered: 01/20/2022) |
|---|---|---|
| 01/22/2022 | 106 (3 pgs) | BNC Certificate of Notice. (RE: related document(s)105 Notice of Hearing) Notice Date 01/22/2022. (Admin.) (Entered: 01/22/2022) |
| 01/26/2022 | 107 (5 pgs) | Response to *Plaintiff's Motion to Compel*. Filed on the behalf of: Defendants Afsoon Hagh, Hagh Law PLLC (RE: related document(s)104, 105). (GABBERT, CRAIG) (Entered: 01/26/2022) |
| 01/26/2022 | 108 (5 pgs) | Response to *Trustee's Motion to Compel Discovery Responses*. Filed on the behalf of: Defendant Manookian PLLC (RE: related document(s)95). (SPRAGENS, JOHN) (Entered: 01/26/2022) |
| 01/27/2022 | 109 (32 pgs; 3 docs) | *Manookian PLLC's* Motion for *Court to Determine Sufficiency of Plaintiffs Responses to Requests for Admission, or, Alternatively, to Deem Admitted*. (Attachments: # 1 Exhibit RFA Responses # 2 Exhibit Meet and Confer Letter)Filed on the behalf of: Defendant Manookian PLLC. (SPRAGENS, JOHN) (Entered: 01/27/2022) |
| 01/31/2022 | 110 (1 pg) | Notice of Hearing on Motion - AP Motion. *Manookian PLLC's Motion for Court to Determine Sufficiency of Plaintiffs Responses to Requests for Admission, or, Alternatively, to Deem Admitted.* **Hearing scheduled 2/16/2022 at 11:00 AM; via Zoom video for Nashville; For details please see www.tnmb.uscourts.gov.** (RE: related document(s)109) (lel) (Entered: 01/31/2022) |
| 01/31/2022 | 111 | Order Continuing Hearing Re: (related document(s): 89 Motion - AP Motion filed by Jeanne Ann Burton, 91 Response filed by Manookian PLLC, 93 Order Setting Pretrial Conference) **Hearing has been rescheduled for 02/16/2022 at 11:00 AM; via Zoom video for Nashville; For details please see www.tnmb.uscourts.gov.** (lel) (Entered: 01/31/2022) |
| 01/31/2022 | 112 | Order Continuing Hearing Re: (related document(s): 95 Motion and Notice to Compel - AP Motion filed by Jeanne Ann Burton, 96 Motion and Notice to Compel - AP Motion filed by Jeanne Ann Burton, 97 Motion and Notice to Compel - AP Motion filed by Jeanne Ann Burton, 99 Motion to Continue - Reschedule Hearing filed by Afsoon Hagh, Hagh Law PLLC, 102 Order to Continue Hearing) **Hearing has been rescheduled for 02/16/2022 at 11:00 AM; via Zoom video for Nashville; For details please see www.tnmb.uscourts.gov.** (lel) (Entered: 01/31/2022) |
| 01/31/2022 | 113 (3 pgs) | Submitted Agreed Order *Protective Order* Filed on the behalf of: Plaintiff Jeanne Ann Burton. (YOUNG, PHILLIP) (Entered: 01/31/2022) |
| 02/01/2022 | 114 (10 pgs; 4 docs) | Motion and Notice to Compel *Marty Fitzgerald to Comply with Subpoena for Production of Documents* (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C)Certificate of Service mailed on 2/1/22. Filed on the behalf of: Plaintiff Jeanne Ann Burton. (YOUNG, PHILLIP) (Entered: 02/01/2022) |

| 02/01/2022 | 115 (1 pg) | Notice of Hearing on Motion and Notice to Compel - AP Motion. *Motion and Notice to Compel Marty Fitzgerald to Comply with Subpoena for Production of Documents* **Hearing scheduled 2/16/2022 at 11:00 AM; via Zoom video for Nashville; For details please see www.tnmb.uscourts.gov.** (RE: related document(s)114) (lel) (Entered: 02/01/2022) |
|---|---|---|
| 02/02/2022 | 116 (3 pgs) | *Protective* Order . Signed on 2/2/2022. (anm) (Entered: 02/02/2022) |
| 02/02/2022 | 117 (3 pgs) | BNC Certificate of Notice. (RE: related document(s)110 Notice of Hearing) Notice Date 02/02/2022. (Admin.) (Entered: 02/02/2022) |
| 02/03/2022 | 118 (3 pgs) | BNC Certificate of Notice. (RE: related document(s)115 Notice of Hearing) Notice Date 02/03/2022. (Admin.) (Entered: 02/03/2022) |
| 02/04/2022 | 119 (5 pgs) | BNC Certificate of Notice. (RE: related document(s)116 Order) Notice Date 02/04/2022. (Admin.) (Entered: 02/04/2022) |
| 02/09/2022 | 120 (8 pgs; 2 docs) | *Trustee's* Response to *Manookian PLLC's Motion to Compel and Motion to Determine Sufficiency of Responses to Requests for Admission*. (Attachments: # 1 Exhibit A) Filed on the behalf of: Plaintiff Jeanne Ann Burton (RE: related document(s)104, 109). (YOUNG, PHILLIP) (Entered: 02/09/2022) |
| 02/14/2022 | 121 (7 pgs) | Submitted Agreed Order *Revised Protective Order*. Filed on the behalf of: Plaintiff Jeanne Ann Burton. (YOUNG, PHILLIP) (Entered: 02/14/2022) |
| 02/14/2022 | 122 (5 pgs) | *Manookian PLLC's* Reply to *Plaintiff's Response in Opposition to Motion to Compel and Motion to Determine the Sufficiency of Responses to Requests for Production*. Filed on the behalf of: Defendant Manookian PLLC (RE: related document(s)109, 120). (SPRAGENS, JOHN) (Entered: 02/14/2022) |
| 02/15/2022 | 123 (7 pgs) | *Revised Protective* Order . (RE: Related Doc#: 116). Signed on 2/15/2022. (anm) (Entered: 02/15/2022) |
| 02/16/2022 | 124 (3 pgs) | Submitted Order *Continuing Hearings and Pretrial Conference*. Filed on the behalf of: Plaintiff Jeanne Ann Burton (RE: related document(s)95, 96, 97, 109, 114). (YOUNG, PHILLIP) (Entered: 02/16/2022) |
| 02/17/2022 | 129 (9 pgs) | BNC Certificate of Notice. (RE: related document(s)123 Order) Notice Date 02/17/2022. (Admin.) (Entered: 02/17/2022) |
| 02/18/2022 | 130 (3 pgs) | Order *Granting* Continuance of Hearing*(s) and Pretrial Conference*. (RE: Related Doc#: 93, 95, 96, 97, 104, 109, 114). **Hearing has been rescheduled for 3/17/2022 at 08:30 AM, Courtroom 2, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203.** Signed on 2/18/2022. (kmw) (Entered: 02/18/2022) |
| 03/09/2022 | 131 (7 pgs) | Expedited Submitted Agreed Order *Protective Order*. Filed on the behalf of: Plaintiff Jeanne Ann Burton. (YOUNG, PHILLIP) (Entered: 03/09/2022) |

| | | |
|---|---|---|
| 03/09/2022 | ⬤132<br>(7 pgs) | *Protective* Order . Signed on 3/9/2022. (jtd) (Entered: 03/09/2022) |
| 03/15/2022 | ⬤133<br>(205 pgs; 11 docs) | Prehearing Statement*Trustee's Status Report in Advance of March 17 Hearing*. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10) Filed on the behalf of: Plaintiff Jeanne Ann Burton. (YOUNG, PHILLIP) (Entered: 03/15/2022) |
| 03/15/2022 | ⬤ | Email Judge Charles M. Walker of Late Filed Matter. Filed on the behalf of: Plaintiff Jeanne Ann Burton (RE: related document(s)133). (YOUNG, PHILLIP) (Entered: 03/15/2022) |
| 03/18/2022 | ⬤134<br>(1 pg) | Request for Audio CD. Fee Amount is $32.00. Filed on the behalf of: Defendants Afsoon Hagh, Hagh Law PLLC, Manookian PLLC (RE: related document(s)130). (SPRAGENS, JOHN) (Entered: 03/18/2022) |
| 03/18/2022 | 135 | Receipt of Request for CD( 3:20-ap-90002) [misc,cdreq] ( 32.00). Receipt number A17464401. Fee amount $ 32.00. (re:Doc# 134) (U.S. Treasury) (Entered: 03/18/2022) |
| 03/18/2022 | ⬤136<br>(1 pg) | Request for Audio CD. Fee Amount is $32.00. Filed on the behalf of: Plaintiff Jeanne Ann Burton (YOUNG, PHILLIP) (Entered: 03/18/2022) |
| 03/21/2022 | ⬤137<br>(1 pg) | Request for Transcript. Fee Amount is $32.00. Filed on the behalf of: Defendants Afsoon Hagh, Hagh Law PLLC, Manookian PLLC (RE: related document(s)130). (SPRAGENS, JOHN) (Entered: 03/21/2022) |
| 03/21/2022 | 138 | Receipt of Request for Transcript( 3:20-ap-90002) [misc,tsreq] ( 32.00). Receipt number A17467281. Fee amount $ 32.00. (re:Doc# 137) (U.S. Treasury) (Entered: 03/21/2022) |
| 03/23/2022 | ⬤140<br>(95 pgs) | Transcript regarding Hearing Held 3/17/22. Remote electronic access to the transcript is restricted until 06/21/2022. The transcript may be viewed at the Bankruptcy Court Clerk's Office. Contact the Court Reporter/Transcriber Access Transcripts, telephone number 855-873-2223. Deadline to file Notice of Intent to Request Redaction is 3/30/2022. Deadline to file Request for Redaction is 04/13/2022. Redacted transcript due by 04/25/2022.. (WATSON, ILENE) (Entered: 03/23/2022) |
| 03/25/2022 | ⬤141<br>(3 pgs) | Notice *Regarding Motions to Compel Order*. Filed on the behalf of: Plaintiff Jeanne Ann Burton (YOUNG, PHILLIP) (Entered: 03/25/2022) |
| 03/25/2022 | ⬤142<br>(5 pgs) | Expedited Submitted Order *Regarding Motions to Compel Discovery Responses*. Filed on the behalf of: Plaintiff Jeanne Ann Burton. (YOUNG, PHILLIP) (Entered: 03/25/2022) |
| 03/25/2022 | ⬤ | Email Judge Charles M. Walker of Late Filed Matter. Filed on the behalf of: Plaintiff Jeanne Ann Burton (RE: related document(s)141). (YOUNG, PHILLIP) (Entered: 03/25/2022) |
| 03/28/2022 | ⬤143<br>(5 pgs) | Order Granting *(Regarding)* Plaintiff's Motion to Compel *Discovery Responses*. (RE: Ref Doc # 114), (Related Doc#: 95, 96, 97, 104, 107, |

| | | |
|---|---|---|
| | | 108, 109, 120, 122, 141). BY THE COURT: Judge Charles M. Walker. (anm) (Entered: 03/28/2022) |
| 03/30/2022 | 144 (7 pgs) | BNC Certificate of Notice. (RE: related document(s)143 Order to Compel - AP Order) Notice Date 03/30/2022. (Admin.) (Entered: 03/30/2022) |
| 04/08/2022 | 145 (2 pgs) | Notice *of Depositions of Jeanne Burton and Phillip Young*. Filed on the behalf of: Defendant Manookian PLLC (RE: related document(s)143). (SPRAGENS, JOHN) (Entered: 04/08/2022) |
| 04/08/2022 | 146 (2 pgs) | *Defendant Hagh Law, PLLC's* Notice *of Deposition of Jeanne Ann Burton and Phillip Young*. Filed on the behalf of: Defendants Afsoon Hagh, Hagh Law PLLC (GABBERT, CRAIG) (Entered: 04/08/2022) |
| 04/11/2022 | 147 (6 pgs) | *Expedited* Motion for *Schedule Pretrial Conference and to Continue Depositions and Other Deadlines*. Filed on the behalf of: Plaintiff Jeanne Ann Burton. (YOUNG, PHILLIP) (Entered: 04/11/2022) |
| 04/11/2022 | 148 (2 pgs) | Expedited Submitted Order *Setting Expedited Pretrial Conference*. Filed on the behalf of: Plaintiff Jeanne Ann Burton (RE: related document(s)147). (YOUNG, PHILLIP) (Entered: 04/11/2022) |
| 04/14/2022 | 149 (5 pgs) | *Order Regarding Discovery Matters and* Order Denying *Plaintiffs Expedited* Motion *for Pretrial Conference and to Continue Depositions and Other Deadlines* . (RE: Ref Doc # 147), (Related Doc#: 143). BY THE COURT: Judge Charles M. Walker. (anm) (Entered: 04/14/2022) |
| 04/16/2022 | 150 (7 pgs) | BNC Certificate of Notice. (RE: related document(s)149 Order on Generic Motion - AP Order) Notice Date 04/16/2022. (Admin.) (Entered: 04/16/2022) |
| 04/25/2022 | 151 (3 pgs) | Notice *of Deposition of Afsoon Hagh and Hagh Law, PLLC*. Filed on the behalf of: Plaintiff Jeanne Ann Burton (YOUNG, PHILLIP) (Entered: 04/25/2022) |
| 04/25/2022 | 152 (4 pgs) | Notice *of Deposition of Brian Manookian, Manookian, PLLC, and Cummings Manookian, PLC*. Filed on the behalf of: Plaintiff Jeanne Ann Burton (YOUNG, PHILLIP) (Entered: 04/25/2022) |
| 04/26/2022 | 153 (2 pgs) | Joint Motion for *Reschedule Deposition of Afsoon Hagh and Hagh Law, PLLC*. Filed on the behalf of: Plaintiff Jeanne Ann Burton. (YOUNG, PHILLIP) (Entered: 04/26/2022) |
| 04/26/2022 | 154 (2 pgs) | Submitted Agreed Order *Rescheduling Deposition of Afsoon Hagh and Hagh Law, PLLC*. Filed on the behalf of: Plaintiff Jeanne Ann Burton (RE: related document(s)153). (YOUNG, PHILLIP) (Entered: 04/26/2022) |
| 04/29/2022 | 155 (2 pgs) | *Agreed* Order Granting *Joint* Motion *Rescheduling Deposition of Afsoon Hagh and Hagh Law, PLLC* . (RE: Ref Doc # 153), (Related Doc#: 143). BY THE COURT: Judge Charles M. Walker. (anm) (Entered: 04/29/2022) |
| 04/30/2022 | 156 (3 pgs) | *Amended* Notice *of Deposition of Afsoon Hagh and Hagh Law, PLLC*. Filed on the behalf of: Plaintiff Jeanne Ann Burton (RE: related |

| | | |
|---|---|---|
| | | document(s)151). (YOUNG, PHILLIP) (Entered: 04/30/2022) |
| 05/01/2022 | 157 (4 pgs) | BNC Certificate of Notice. (RE: related document(s)155 Order on Generic Motion - AP Order) Notice Date 05/01/2022. (Admin.) (Entered: 05/01/2022) |
| 05/05/2022 | 158 (2 pgs) | Notice *of Deposition of Ronette McCarthy*. Filed on the behalf of: Plaintiff Jeanne Ann Burton (YOUNG, PHILLIP) (Entered: 05/05/2022) |
| 05/05/2022 | 159 (2 pgs) | Notice *of Deposition of Brian Cummings*. Filed on the behalf of: Plaintiff Jeanne Ann Burton (YOUNG, PHILLIP) (Entered: 05/05/2022) |
| 05/05/2022 | 160 (2 pgs) | Notice *of Deposition of Marty Fitzgerald*. Filed on the behalf of: Plaintiff Jeanne Ann Burton (YOUNG, PHILLIP) (Entered: 05/05/2022) |
| 05/05/2022 | 161 (117 pgs; 4 docs) | Motion to Recuse Judge*Charles M. Walker*. (Attachments: # 1 Exhibit Hearing Transcript # 2 Exhibit Young Deposition Excerpt # 3 Exhibit Deposition Instructions)Filed on the behalf of: Defendant Manookian PLLC. (SPRAGENS, JOHN) (Entered: 05/05/2022) |
| 05/11/2022 | 162 (2 pgs) | Notice *Proof of Service of Subpoena on Ronette McCarthy*. Filed on the behalf of: Plaintiff Jeanne Ann Burton (YOUNG, PHILLIP) (Entered: 05/11/2022) |
| 05/11/2022 | 163 (2 pgs) | Notice *Proof of Service of Subpoena on Brian Cummings*. Filed on the behalf of: Plaintiff Jeanne Ann Burton (YOUNG, PHILLIP) (Entered: 05/11/2022) |
| 05/11/2022 | 164 (2 pgs) | Notice *Proof of Service of Subpoena on Marty Fitzgerald*. Filed on the behalf of: Plaintiff Jeanne Ann Burton (YOUNG, PHILLIP) (Entered: 05/11/2022) |
| 05/11/2022 | 165 (1 pg) | Order Scheduling Hearing *and Setting Response/Objection Deadline on Motion to Disqualify Bankruptcy Judge*. (RE: Related Doc#: 161). **Hearing scheduled 6/29/2022 at 01:00 PM, Courtroom 2, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203.** Objections due by 5/27/2022. Signed on 5/11/2022. (jtd) (Entered: 05/11/2022) |
| 05/17/2022 | 166 (3 pgs) | *Second Revised* Notice *of Deposition of Afsoon Hagh and Hagh Law, PLLC*. Filed on the behalf of: Plaintiff Jeanne Ann Burton (YOUNG, PHILLIP) (Entered: 05/17/2022) |
| 05/17/2022 | | Email Judge Charles M. Walker of Late Filed Matter. Filed on the behalf of: Plaintiff Jeanne Ann Burton (RE: related document(s)166). (YOUNG, PHILLIP) (Entered: 05/17/2022) |
| 05/19/2022 | 167 (5 pgs) | *Defendants' Unopposed* Motion for *to Continue Third Party Depositions and Reset Certain Other Deadlines*. Filed on the behalf of: Defendants Afsoon Hagh, Hagh Law PLLC. (GABBERT, CRAIG) (Entered: 05/19/2022) |
| 05/19/2022 | 168 (3 pgs) | Submitted Order *Granting Defendants' Unopposed Motion to Continue Third Party Depositions and Resetting Certain Other Deadlines*. Filed |

| | | on the behalf of: Defendants Afsoon Hagh, Hagh Law PLLC (RE: related document(s)167). (GABBERT, CRAIG) (Entered: 05/19/2022) |
|---|---|---|
| 05/25/2022 | 169 (6 pgs) | *Expedited* Motion for *to Set Telephonic Hearing on Defendants' Unopposed Motion to Continue Third Party Depositions and Reset Certain Other Deadlines*. Filed on the behalf of: Defendants Afsoon Hagh, Hagh Law PLLC. (GABBERT, CRAIG) (Entered: 05/25/2022) |
| 05/25/2022 | 170 (2 pgs) | Expedited Submitted Order *on Motion to Set Telephonic Hearing on Defendants' Unopposed Motion to Continue Third Party Depositions and Reset Certain Other Deadlines*. Filed on the behalf of: Defendants Afsoon Hagh, Hagh Law PLLC (RE: related document(s)169). (GABBERT, CRAIG) (Entered: 05/25/2022) |
| 05/25/2022 | 171 (1 pg) | ORDER by Judge *Walker* : With regard to docket entry 168, *The Submitted Order located at Dkt. #168 will not be entered by the Court as the related motion at Dkt. #167 is DENIED. The Courts previous order entered March 28, 2022 at Dkt. #143 paragraph 9 renders the motion as unnecessary and therefore, is moot. The issue related to any deadlines will be addressed at the emergency hearing on May 25, 2022 at 1:00 p.m.* (RE: related document(s) 168) (leq) Modified on 5/25/2022 (leq). Modified on 5/25/2022 (leq). (Entered: 05/25/2022) |
| 05/25/2022 | 172 (2 pgs) | *Expedited* Order Setting Expedited Hearing *(Telephonic Hearing) on Defendants' Unopposed Motion to Continue Third Party Depositions and Reset Certain Other Deadline*. (RE: Related Doc#: 169). **Hearing scheduled 5/25/2022 at 01:00 PM; Refer to www.tnmb.uscourts.gov for details (Nashville).** Signed on 5/25/2022. (anm) (Entered: 05/25/2022) |
| 05/27/2022 | 173 (3 pgs) | *Defendants Afsoon Hagh and Haugh Law, PLLC's* Response to *Manookian's Motion to Disqualify*. Filed on the behalf of: Defendants Afsoon Hagh, Hagh Law PLLC (RE: related document(s)161). (GABBERT, CRAIG) (Entered: 05/27/2022) |
| 05/27/2022 | 174 (77 pgs; 2 docs) | *Plaintiff's* Response to *Brian Manookian and Manookian PLLC's Motion to Disqualify Bankruptcy Judge Charles Walker*. (Attachments: # 1 Exhibit Full Deposition Transcript) Filed on the behalf of: Plaintiff Jeanne Ann Burton (RE: related document(s)161). (YOUNG, PHILLIP) (Entered: 05/27/2022) |
| 05/27/2022 | 175 (4 pgs) | BNC Certificate of Notice. (RE: related document(s)172 Order Setting Expedited Hearing) Notice Date 05/27/2022. (Admin.) (Entered: 05/27/2022) |
| 05/27/2022 | 176 (3 pgs) | BNC Certificate of Notice. (RE: related document(s)171 Docket Order) Notice Date 05/27/2022. (Admin.) (Entered: 05/27/2022) |
| 05/31/2022 | 177 (2 pgs) | Notice *of Deposition of Judge Charles M. Walker*. Filed on the behalf of: Defendant Manookian PLLC (SPRAGENS, JOHN) (Entered: 05/31/2022) |
| 06/01/2022 | 178 (8 pgs) | Order *Quashing Notice of Deposition*. (RE: Related Doc#: 177). Signed on 6/1/2022. (leq) (Entered: 06/01/2022) |
| 06/02/2022 | 179 (2 pgs) | *Revised* Notice *of Deposition of Ronette McCarthy*. Filed on the behalf of: Plaintiff Jeanne Ann Burton (YOUNG, PHILLIP) (Entered: |

| Date | Doc # | Description |
|---|---|---|
| | | 06/02/2022) |
| 06/03/2022 | 180 (2 pgs) | *Revised* Notice *of Deposition of Brian Cummings*. Filed on the behalf of: Plaintiff Jeanne Ann Burton (YOUNG, PHILLIP) (Entered: 06/03/2022) |
| 06/04/2022 | 181 (10 pgs) | BNC Certificate of Notice. (RE: related document(s)178 Order) Notice Date 06/04/2022. (Admin.) (Entered: 06/04/2022) |
| 06/06/2022 | 182 (2 pgs) | *Amended* Notice *of Deposition of Marty Fitzgerald*. Filed on the behalf of: Plaintiff Jeanne Ann Burton (YOUNG, PHILLIP) (Entered: 06/06/2022) |
| 06/09/2022 | 183 (2 pgs) | Notice *Proof of Service of Subpoena on Marty Fitzgerald*. Filed on the behalf of: Plaintiff Jeanne Ann Burton (YOUNG, PHILLIP) (Entered: 06/09/2022) |
| 06/14/2022 | 184 (3 pgs) | Notice of Appeal and Statement of Election to District Court. Fee Amount is $298.00. Appellant Designation due by 06/28/2022. Filed on the behalf of: Interested Party BRIAN MANOOKIAN, Defendant Manookian PLLC (RE: related document(s)178). (SPRAGENS, JOHN) (Entered: 06/14/2022) |
| 06/14/2022 | 185 | Receipt of Notice or Amended Notice of Appeal and Statement of Election( 3:20-ap-90002) [appeal,ntcapl] ( 298.00). Receipt number A17596237. Fee amount $ 298.00. (re:Doc# 184) (U.S. Treasury) (Entered: 06/14/2022) |