IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MANOOKIAN PLLC and BRIAN MANOOKIAN, <br><br> Appellants, <br><br> v. <br><br> JEANNE ANN BURTON, TRUSTEE, <br><br> Appellee. | Case No. 3:22-cv-00474 <br> Bankr. Case No. 3:19-bk-07235 <br> Adv. Pro. No. 3:20-ap-90002 <br><br> Judge Aleta A. Trauger |

## ORDER

This appeal having been fully disposed of (Doc. No. 8), it is hereby ORDERED that the Clerk shall close this case.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge